ALBANY,
Feb. 1824.

Boyce
v.
Russell.

In the matter of Boyce, collector of Fort Ann, *against* Russell, treasurer of Washington county.

A town collector cannot pay moneys due from the county, and charge it in account with the latter.

A county treasurer, refusing to pay money, without cause, is liable to an action.

Mandamus does not lie where party has remedy by action.

Streeter having an unliquidated claim against the county of Washington, assigned it for a valuable considera tion to Doty, who presented the claim to the board of supervi sors and it was audited by them at $193 95. Doty, at the same time, gave notice to the county treasurer and the su pervisors, that he was the assignee. On the 6th Jan. 1823, he presented the account, as audited, to Boyce, the collec tor of Fort Ann, who paid it, and on the 11th Feb. 1824, in his settlement with Russell, the county treasurer, claimed to have a credit of this sum. It was credited accordingly, except 75 09, which the treasurer held to answer a certain order for that amount drawn on him by Streeter in favor of one Harvey, on the 16th of Sept. 1820. On these facts,

*Willard* moved for a mandamus, to compell Russell to credit the whole sum paid by Boyce.

*Per Curiam.* The town collector has no right to pay off claims upon the county in this manner. He must pay all the money which he collects to the county treasurer, except in those cases wherein he is otherwise directed by statute. Doty might have had his action against the treasurer had he refused to pay him without sufficient cause. The rule is, that when the party has a remedy by action, this Court will not interfere by mandamus. Boyce does not come for relief as a public officer ; for he has travelled beyond the line of his duty ; and we must regard his acts as those of any other individual.

Motion denied.